No. 151          February 25, 2026          479

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

KEONI HENRY WARREN,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Multnomah County Circuit Court
23CV22071; A185180

Eric L. Dahlin, Judge.

Submitted January 9, 2026.

Jason Weber and Equal Justice Law filed the brief for appellant.

Ryan Kahn, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Petitioner appeals a judgment denying post-conviction relief. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Petitioner filed a *pro se* petition for post-conviction relief. He alleged that the guilty verdicts in his case had been nonunanimous. The state filed a motion for summary judgment, attaching evidence that the verdicts were unanimous. At a hearing, the post-conviction court asked petitioner if he had a response to that evidence, and neither petitioner nor his appointed counsel had a response. The post-conviction court granted the state's motion for summary judgment and entered a judgment denying relief on the petition.

Having reviewed the record, including the post-conviction court file and the transcript of the hearing, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues. *See State v. Flores Ramos*, 367 Or 292, 333-34, 478 P3d 515 (2020) (concluding that, as to unanimous guilty verdicts, the trial court's instruction to the jury that it could return nonunanimous guilty verdicts was harmless beyond a reasonable doubt).

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.